UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MATTHEW WOLF, individually and doing business as Jim Wolf and Veruca Records,<br><br>Plaintiff,<br><br>vs.<br><br>KDIGITAL MEDIA CO., LTD., a Korean business entity; CHARLIE AHN, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV 20-4469-DMG (ASx)<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE [47]** |

Having considered the parties' Joint Stipulation for Dismissal with Prejudice;

IT IS HEREBY ORDERED that, the entire action, including all claims and counterclaims stated herein against all parties, is dismissed with prejudice. Each party shall bear its or his own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: April 28, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE